**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAY SALYERS,** *on behalf of himself and all others similarly situated*<br>**Plaintiff,**<br><br>v.<br><br>**A.J. BLOSENSKI, INC.**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br><br>**No. 23-4802** |

## O R D E R

**AND NOW**, this 22nd day of July, 2024, upon consideration of Defendant A.J. Blosenski, Inc.'s Motion for Partial Summary Judgment (ECF No. 53), Plaintiff Jay Salyers's Response in Opposition (ECF No. 54), and Defendant's Reply (ECF No. 56), Defendant's Motion is **HEREBY DENIED WITHOUT PREJUDICE**.

BY THE COURT:

**/s/Wendy Beetlestone, J.**

_____

**WENDY BEETLESTONE, J.**