IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAY SALYERS,**<br>　　　　　　**Plaintiff,**<br><br>v.<br><br>**A.J. BLOSENSKI, INC.**<br>　　　　　　**Defendant.** | **CIVIL ACTION**<br><br><br><br>NO. 23-4802 |

**O R D E R**

**AND NOW**, this 13th day of February, 2024, upon consideration of Intervenor Georgi Becket's Motion to Modify the Confidentiality Order (ECF No. 94) and all responses and replies thereto (ECF Nos. 95 and 96), it is **HEREBY ORDERED** that said Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　S/ WENDY BEETLESTONE

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**